LEE & ISSERLIS, P.S.
201 West North River Drive, Suite 340
Spokane, WA 99201
(509) 326-1800
Kenneth Isserlis
Attorneys for Plaintiff

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
SEP 23 2003
JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN C. KLAG, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS E. WHITE, SECRETARY, DEPARTMENT OF THE ARMY, <br><br> Defendant. | NO. CT-02-5022-EFS <br><br> PLAINTIFF'S RESPONSES TO DEFENDANT'S OBJECTIONS TO PLAINTIFF'S EXHIBIT LIST |

For the convenience of the Court and counsel during the September 24, 2003 telephone Pretrial Conference in this matter, Plaintiff John Klag's responses to Defendant's Objections to Plaintiff's Exhibit List are set forth below in outline form. Plaintiff's Counsel has advised Defense Counsel that this document will be filed before the Pretrial Conference.

**Exhibit Number: 2**              **Exhibit Name: EEOC Enforcement Guidance**

**Government's Objection:**        Contains legal opinions; Court should instruct the jury.

**Mr. Klag's Response:**           This is a bench trial

PLAINTIFF'S RESPONSES TO DEFENDANT'S
OBJECTIONS TO PLAINTFF'S EXHIBIT LIST - 1

**Exhibit Number: 3**  **Exhibit Name:** DOD Investigative File Excerpt

Government's Objections:  Foundation, privileged, hearsay and relevance.

Mr. Klag's Responses:  Foundation: The Government prepared this document.

Privileged: The Government produced this document in discovery with no claim of privilege or other objection.

Hearsay: Admission of Party Opponent. Fed.R.Evid. 801(d)(2)(A), (C) or (D).

Relevance: Shows Government did not offer Mr. Klag a transfer. Fed.R.Evid. 401.

**Exhibit Number: 29**  **Exhibit Name:** Resume of Frederick Cutler

**Exhibit Number: 30**  **Exhibit Name:** Alan S. Quint M.D. Curriculum Vitae

Government's Objections:  Hearsay, Relevance

Mr. Klag's Response:  Hearsay: Mr. Cutler and Dr. Quint will personally summarize the documents' contents

Relevance: Establishes Mr. Cutler's and Dr. Quint's qualifications as experts. Fed.R.Evid. 702.

**Exhibit Number: 35**  **Exhibit Name**  July 25, 1996 Letter from Ray Quinn to Office Workers' Compensation Programs

Government's Objections:  Foundation, Hearsay, Relevance

Mr. Klag's Response:  Foundation: The Government prepared this document.

PLAINTIFF'S RESPONSES TO DEFENDANT'S
OBJECTIONS TO PLAINTFF'S EXHIBIT LIST - 2

LEE & ISSERLIS, P.S.
*Attorneys at Law*
201 W. North River Dr. #340, Spokane, WA 99201
(509) 326-1800

| | | |
|---|---|---|
| 1 | | Hearsay: Admission of Party Opponent. Fed.R.Evid. 801(d)(2)(A), (C) or (D). |
| 2 | | |
| 3 | | Relevance: Shows Government's knowledge of Mr. Klag's medical condition. Fed.R.Evid. 401 |
| 4 | | |
| 5 | **Exhibit Number: 36** | **Exhibit Name: Rule 30(b)(6) Deposition Notice** |
| 6 | Government's Objection: | Relevance unclear |
| 7 | Mr. Klag's Response: | Since Government does not dispute that all Rule 30(b)(6) deposition testimony was made in a representative capacity, Mr. Klag will withdraw this document. |
| 10 | **Exhibit Numbers: 37, 50, 51, 52, 53, 54** | **Exhibit Names: Letters from Frank Filopoulos, Christ R. Kuntz, Larry Osborn, Wallace E. Jorgensen, Ruth M. Jaersz and Michael Laveway.** |
| 14 | Government's Objection: | Hearsay |
| 15 | Mr. Klag's Response: | Refreshes witness' recollection. Fed.R.Evid. 803(5). |
| 17 | **Exhibit Number: 43** | **Exhibit Name:** April 6, 1997 Letter from Mr. Klag to General Joe Ballard |
| 19 | Government's Objections: | Hearsay, Relevance |
| 20 | Mr. Klag's Responses: | Hearsay: Refreshes witness' recollection. Fed.R.Evid. 803(5). |
| 22 | | Relevance: Describes harassment Mr. Klag experienced and his requests to management to stop the harassment. Fed.R.Evid. 401. |

PLAINTIFF'S RESPONSES TO DEFENDANT'S OBJECTIONS TO PLAINTFF'S EXHIBIT LIST - 3

LEE & ISSERLIS, P.S.
*Attorneys at Law*
201 W. North River Dr. #340, Spokane, WA 99201
(509) 326-1800

| | | |
|---|---|---|
| 1 | **Exhibit Numbers: 46, 47, 48 and 49** | **Exhibit Names: Declarations of Renae L. Hirst, Donald Grenesman, Michael Laveway, and Shari Coleman** |
| | Government's Objection: | Hearsay |
| | Mr. Klag's Responses: | Refreshes witnesses' recollection. Fed.R.Evid. 803(5). |
| | | Admission of party opponent (prepared by Government during administrative investigation of Mr Klag's EEO complaint). Fed.R.Evid.801(d)(2)(B). |
| | **Exhibit Number: 55** | **Exhibit Name: Richard Schatz Expert Witness Report** |
| | Government's Objections: | Hearsay; Duplicative |
| | Mr. Klag's Responses: | Hearsay: Refreshes witness' recollection. Fed.R.Evid. 803(5). |
| | | Duplicative: Dr. Schatz is an economist who will testify to Mr. Klag's economic losses. His report will assist the Court and the parties by providing a written summary of calculations. |
| | **Exhibit Number: 56** | **Exhibit Name: Declaration of Alan S. Quint** |
| | Government's Objection: | Hearsay |
| | Mr. Klag's Response: | Refreshes witness' recollection. Fed.R.Evid. 803(5). |
| | **Exhibit Number: 57** | **Exhibit Name: Complaint for Damages and Declaratory and Injunctive Relief** |
| | Government's Objections: | Relevance and Foundation |

PLAINTIFF'S RESPONSES TO DEFENDANT'S
OBJECTIONS TO PLAINTFF'S EXHIBIT LIST - 4

LEE & ISSERLIS, P.S.
Attorneys at Law
201 W. North River Dr. #340, Spokane, WA 99201
(509) 326-1800

<u>Mr. Klag's Responses:</u>    Relevance: Describes certain of the Government's conduct at issue in this case. Fed.R.Evid. 401.

Foundation: The Government has not explained, and Mr. Klag does not understand, this objection.

DATED this 23rd day of September, 2003.

LEE & ISSERLIS, P.S.

By _____
Kenneth Isserlis
Attorneys for the Plaintiff John Klag

PLAINTIFF'S RESPONSES TO DEFENDANT'S
OBJECTIONS TO PLAINTFF'S EXHIBIT LIST - 5